UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 1:23-cv-20478-KMW

ROBERT MECEA,

Plaintiff,

v.

AMERICANO MEDIA GROUP, LLC,

Defendant.
_____/

## REPORT AND RECOMMENDATION ON FINAL JUDGMENT

This cause is before the Court on Plaintiff's Motion to Enforce Settlement Agreement and for Attorneys' Fees [ECF No. 25]. The Motion was referred to the Undersigned by the Honorable Kathleen M. Williams for a report and recommendation. [ECF No. 26]. The Undersigned held a hearing on the Motion on December 14, 2023. Defendant failed to respond to the Motion and provided no justification for its failure to respond at the hearing. Therefore, having carefully considered the Motion and the record, it is **RECOMMENDED** that the Motion be **GRANTED** and that **FINAL JUDGMENT** be entered in favor of Plaintiff, and against Defendant as follows:

1. Pursuant to the terms of the parties' fully executed settlement agreement, Plaintiff shall recover the total sum of $11,325.00 from Defendant, representing the agreed upon settlement amount of $8,000.00, plus $3,325.00 in attorneys' fees associated with enforcing the agreement;

2. Defendant shall pay post-judgment interest under 28 U.S.C.A. § 1961;

3. This Court retains jurisdiction over any matter pertaining to this judgment; and

4. This case is dismissed and the Clerk of the Court shall remove it from the docket.

Objections to this Report may be filed with the District Judge within fourteen days of receipt of a copy of the Report. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1; *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020); 28 U.S.C. § 636(b)(1)(C).

**SIGNED** this 15th day of December, 2023.

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **U.S. District Judge Kathleen M. Williams**; and

**All Counsel of Record**