UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-20478-CV-WILLIAMS

ROBERT MECEA,

    Plaintiff,

v.

AMERICANO MEDIA GROUP, LLC,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 32) ("***Report***") on Plaintiff's Motion to Enforce Settlement Agreement and for Attorneys' Fees (DE 25) ("***Motion***"). In the Report, Judge Reid recommends that the Court grant the Motion and enter final judgment in favor of Plaintiff and against Defendant. (DE 32 at 1.) Specifically, Judge Reid recommends that Plaintiff recover the total sum of $11,325.00 from Defendant, representing the agreed upon settlement amount of $8,000.00, plus $3,325.00 in attorneys' fees associated with enforcing the agreement. (*Id.*; *see also* DE 25-2.) No Party filed objections to the Report and the time to do so has passed.

Upon an independent review of the Report, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 32) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion (DE 25) is **GRANTED**. Plaintiff Robert Mecea shall recover from Defendant Americano Media Group, LLC the total sum of $11,325.00, representing

    the agreed upon settlement amount of $8,000.00, plus $3,325.00 in attorneys' fees associated with enforcing the agreement. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961.

3. The Court will separately enter an order of final judgment.

    **DONE AND ORDERED** in Chambers in Miami, Florida, this <u>3rd</u> day of January, 2024.

                                                       KATHLEEN M. WILLIAMS
                                                       UNITED STATES DISTRICT JUDGE